AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

BX LED LLC

*Plaintiff(s)*

v.

AMS-OSRAM AG

*Defendant(s)*

Civil Action No. 2:24-cv-00861

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ams-Osram AG
Tobelbader Straße 30
8141 Premstaetten, Austria

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew C. Acosta
1201 N. Riverfront Blvd, Suite 100
Dallas, Texas 75207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __10/28/2024__

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00861

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>AMS-OSRAM AG, BY SERVING ITS REGISTERED AGENT, CORPORATE CREATIONS NETWORK, INC.</u> was received by me on *(date)* <u>November 20, 2024</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Maria Jacobs</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>AMS-OSRAM AG, BY SERVING ITS REGISTERED AGENT, CORPORATE CREATIONS NETWORK, INC.</u> on *(date)* <u>Wed, Nov 20 2024</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$120.65</u>.

I declare under penalty of perjury that this information is true.

Date: 11/21/2024

*Alexandra Tedder*

*Server's signature*

Alexandra Tedder PSC#20172

*Printed name and title*

9227 ILONA LN, HOUSTON, TX 77025

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 20, 2024, 3:46 pm CST at 5444 WESTHEIMER ROAD #1000, HOUSTON, TX 77056 received by AMS-OSRAM AG, BY SERVING ITS REGISTERED AGENT, CORPORATE CREATIONS NETWORK, INC.. Age: 48; Ethnicity: Hispanic; Gender: Female; Weight: 180; Height: 5'4"; Hair: Blond; Eyes: Brown; Other: Left documents with Maria Jacobs;
Left documents with Maria Jacobs